**Adina E. LOFTON, Patricia J. Wilson, Plaintiffs–Appellants,**

v.

**John E. POTTER, United States Postal Service, United States of America, Defendants–Appellees,**

**Postmaster Tourgee Simpson, individually and in his official capacity, Defendant.**

No. 05–14618
Non–Argument Calendar.
D.C. Docket No. 02–03277–CV–JEC–1.

United States Court of Appeals, Eleventh Circuit.

March 13, 2006.

Jack Rosenberg, Office of Jack Rosenberg, Atlanta, GA, for Plaintiffs–Appellants.

Melaine A. Williams, Atlanta, GA, for Defendants–Appellees.

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the issues raised in the merits of this case by examining the extensive record, the briefs, and the arguments of counsel contained therein. Under a *de novo* standard of review, we conclude that the eleven-page district court order by the Honorable Julie E. Carnes, dated July 21, 2005, is thorough, well-reasoned and correct. *See Kelliher v. Veneman*, 313 F.3d 1270, 1275 (11th Cir. 2002). It is affirmed as to all issues and adopted as the order of this court.

AFFIRMED.